**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| PATRICK ERMIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:21-cv-160 |
| | ) | |
| CONVERGENT OUTSOURCING, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
CONVERGENT OUTSOURCING, INC.**

COMES NOW, Plaintiff Patrick Ermis, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Convergent Outsourcing, Inc. in this matter.

1.    Plaintiff and Defendant Convergent Outsourcing, Inc. have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2.    The parties expect to file a joint voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3.    The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of dismissal as to Defendant Convergent Outsourcing, Inc., along with any other relief the Court deems just and proper.

Dated: August 27, 2021

Respectfully Submitted,

**HALVORSEN KLOTE**

/s/ Gregory M. Klote

Gregory Klote #66888
680 Craig Road, Suite 104
St. Louis, Missouri 63141
P: (314) 451-1314
F: (314) 787-4323
greg@hklawstl.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 27th day of August 2021, to the following counsel of record:

**Convergent Outsourcing, Inc.**
Whitney L. White
Sessions Israel & Shartle, LLC
900 Jackson St
Ste 440
Dallas, TX 75202
wwhite@sessions-law.biz

/s/ Gregory M. Klote