United States District Court
Southern District of Texas

**ENTERED**

August 30, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICK ERMIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-160 |
| | § | |
| CONVERGENT OUTSOURCING, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

The court has been advised that a settlement has been reached between the parties. Dkt. 12. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed without prejudice to refiling, unless any party represents in a writing filed with the court on or before Monday, November 1, 2021, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, November 1, 2021.

Any pending motions are hereby denied as moot.

Signed on Galveston Island on this the 30th day of August, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE