United States District Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICK ERMIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-160 |
| | § | |
| CONVERGENT OUTSOURCING, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

On September 8, 2021, Plaintiff Patrick Ermis and Defendant Convergent Outsourcing, Inc., filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 14.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 15th day of September, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE